

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00447-CV

Angela **OROZCO** and All Other Occupants,
Appellant

v.

**RESERVE AT PECAN VALLEY APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV02643
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: March 23, 2022

DISMISSED FOR WANT OF PROSECUTION

Appellant's original brief failed to comply with Rules 9.5 or 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5, 38.1. On January 31, 2022, we struck the brief and ordered appellant to file an amended brief in this court complying with Rules 9.5 and 38.1 by March 2, 2022. Our order cautioned appellant that if she failed to file the amended brief by March 2, 2022, we would dismiss her appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 38.9, 42.3.

Appellant did not respond to our order. Because appellant has failed to timely file an amended brief, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 42.3.

PER CURIAM